— U.S. ——, 131 S.Ct. 2313, 180 L.Ed.2d 187 (2011).

The Supreme Court has remanded the case to this court for determination of whether the standards for granting the Government's petition for a writ of mandamus were met in this case. We find that they were not.

Accordingly,

IT IS ORDERED THAT:

(1) The Government's petition for a writ of mandamus is denied.

(2) This case is remanded to the Court of Federal Claims for determination of whether any statutes relevant and at issue in this matter impose fiduciary trust responsibilities on the Government on behalf of the Jicarilla Apache Nation.

SHANDONG TTCA BIOCHEMISTRY CO., LTD., Yixing–Union Biochemical Co., Ltd., RZBC Group, Anhui BBCA Biochemical Co., Ltd., Weifang Ensign Industry Co., Ltd., Huangshi Xinghua Biochemical Co., Ltd., Huozhou Coal Electricity Shanxi Fenhe Biochemistry Co., Ltd., A.H.A. International Co., Ltd., Laiwu Taihe Biochemistry Co., Ltd., Gansu Xuejing Biochemical Co., Ltd., Hunan Dongting Citric Acid Chemicals Co., Ltd., Shihezi City Changyun Biochemical Co., Ltd., Jiali International Corp., Lianyungang Shuren Scientific Creation Imp. & Exp. Co., Ltd., Jiangsu Gadot Nuobei Biochemical Co., Ltd., and Changsha Glorysea Biochemicals Co., Ltd., Plaintiffs–Appellants,

v.

UNITED STATES, Defendant–Appellee,

and

Cargill, Incorporated, Archer Daniels Midland Company, and Tate & Lyle Americas LLC, Defendants–Appellees.

No. 2011–1504.

United States Court of Appeals, Federal Circuit.

Aug. 9, 2011.

## ORDER

The parties having so agreed, it is

ORDERED that the proceeding is DISMISSED under Fed. R.App. P. 42(b).

CAMERON INTERNATIONAL TRADING COMPANY, INC. and Learning Extreme Optimist Industries Limited, Plaintiffs–Appellees,

v.

HAWK IMPORTERS, INC., Shyam Baheti, and Ram Baheti, Defendants–Appellants.

No. 2011–1116.

United States Court of Appeals, Federal Circuit.

Aug. 9, 2011.